# Exhibit B

STATE OF INDIANA          )          IN THE HENRY CIRCUIT COURT
                          ) SS:
COUNTY OF HENRY           )          CAUSE NO. 33C01-2001-CT-00004


DAVID HUTCHENS and                 )
CHRISTINA HUTCHENS,                )
                                   )
                  Plaintiffs,      )
                                   )
         v.                        )
                                   )
DIAMOND SEVEN EXPRESS, LLC         )
and IOAN BLAGA,                    )
                                   )
                  Defendants.      )


## APPEARANCE

1.      The undersigned attorney and all attorneys listed on this form now appear in this case for the following party members:

### Defendants, Diamond Seven Express, LLC and Ioan Blaga

2.      Address of *pro se* responding party or parties (as applicable for service of process):

Name:_____          Name_____
Address:_____          Address_____

3.      Attorney information (as applicable for service of process):

Name:      **Christopher R. Whitten**      Atty. No.:   **20429-49**
           **Emily M. Gettum**             Atty. No.:   **31012-41**
Address:   **WHITTEN LAW OFFICE**          Phone:       **317/362-0225**
           **6801 Gray Road, Suite H**     Fax:         **317/362-0151**
           **Indianapolis, IN 46237**      E-Mail:  cwhitten@indycounsel.com
                                                    egettum@indycounsel.com

4.      Will responding party accept FAX service:  Yes ___          No  _X_

5.      If first initiating party filing this case, the Clerk is required to assign this case the following Case Type under Administrative Rule 8(b)(3):

6.      Additional information required by state or local rule:

7.    *(Optional)*    Additional information to supplement the appearance form submitted by the initiating party:


_____
Christopher R. Whitten


_____
Emily M. Gettum


**CERTIFICATE OF SERVICE**

I certify that on the 20th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:

Samantha C. Craig Stevens
Whitney L. Coker
CRAIG KELLEY & FAULTLESS, LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216


_____
Christopher R. Whitten


Christopher R. Whitten
Emily M. Gettum
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:  317-362-0225
FX:  317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com

Filed: 1/25/2020 9:35 AM
Clerk
Henry County, Indiana

STATE OF INDIANA     )           IN THE HENRY CIRCUIT COURT

                    )   SS:

COUNTY OF HENRY    )           CAUSE NO. **33C01-2001-CT-000004**

**Henry Circuit Court 1**

DAVID HUTCHENS and
CHRISTINA HUTCHENS       )
                               )

     Plaintiffs,               )
                               )

v.                                        )
                               )

DIAMOND SEVEN EXPRESS LLC and   )
IOAN BLAGA                  )
                               )
                               )

     Defendants.            )

## APPEARANCE OF ATTORNEY IN CIVIL CASE

**Party Classification:**    Initiating <u>X</u>     Responding <u>  </u>     Intervening

      1. The undersigned attorney and all attorneys listed on this form now appear in this case for Plaintiffs David Hutchens and Christina Hutchens.

      2. Applicable attorney information for service as required by Trial Rule 5(B)(2) and for case information as required by Trial Rules 3.1 and 77(B) is as follows:

              David W. Craig, #4356-98
              Scott A. Faultless, #15736-49
              William J. Kelley, #16989-69
              Christopher M. Barry, #26254-49
              Alexander R. Craig, #31273-49
              Samantha C. Craig Stevens, #32553-49
              Whitney L. Coker, #32556-48
              CRAIG KELLEY & FAULTLESS LLC
              5845 Lawton Loop East Drive
              Indianapolis, IN 46216
              (317) 545-1760

1

(317) 545-1794 (facsimile)
ccrabtree@ckflaw.com (e-mail address)

3. There are other party members. Yes _X_ No ___.

4. The Clerk is requested to assign this case the following Case Type under

Administrative Rule 8(b)(3): **CT**

5. I will accept service by FAX only at the above noted number. Yes _X_ No

6. This case involves support issues: Yes ___ No _X_

7. There are related cases: Yes ___ No _X_

8. This form has been served on all other parties  Certificate of Service is

attached:  Yes _X_ No

9. Additional information required by local rule.  No other information is

required by local rule.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


/s/ Samantha C. Craig Stevens
Samantha C. Craig Stevens, #32553-49


/s/ Whitney L. Coker
Whitney L. Coker, #32556-48

Attorneys for Plaintiffs:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing Appearance of Initiating Party has been served with the Summons and Complaint.

/s/ *Samantha C. Craig Stevens*
Samantha C. Craig Stevens

3

| STATE OF INDIANA | ) | | IN THE HENRY CIRCUIT COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF HENRY | ) | | CAUSE NO. **33C01-2001-CT-000004** |
| | | | **Henry Circuit Court 1** |

| | |
|---|---|
| DAVID HUTCHENS and | |
| CHRISTINA HUTCHENS | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DIAMOND SEVEN EXPRESS LLC and | ) |
| IOAN BLAGA | ) |
| | ) |
| | ) |
|     Defendants. | ) |

## COMPLAINT

Plaintiffs David Hutchens and Christina Hutchens, by counsel, hereby assert claims for relief against Defendants Diamond Seven Express LLC and Ioan Blaga. In support hereof, the Plaintiffs state and allege:

1. At all times relevant herein, David Hutchens was domiciled in Wayne County, Indiana.

2. At all times relevant herein, Ioan Blaga was domiciled in Illinois.

3. At all times relevant herein, Diamond Seven Express LLC was doing business in Henry County, Indiana.

4. At all times relevant herein, Ioan Blaga was an employee of Diamond Seven Express LLC and working within the scope of said employment. As a result of an employee-employer relationship, Diamond Seven Express LLC is liable, under the theory of *respondeat superior*, for the negligent acts or omissions of Ioan Blaga.

5. On November 25, 2019, at approximately 12:00 p.m., David Hutchens was

1

operating a BMW in the right, eastbound lane on Interstate 70 in Henry County, Indiana.

6. At said date and time, Ioan Blaga was operating a Semi-Tractor and Trailer in the left, eastbound lane on Interstate 70 in Henry County, Indiana.

7. At said date and time, Ioan Blaga negligently changed lanes on Interstate 70 and caused the Semi-Tractor and Trailer to collide with the BMW being occupied by David Hutchens.

8. At all times relevant herein, Diamond Seven Express LLC was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

9. At all times relevant herein, the Semi-Tractor and Trailer being operated by Ioan Blaga was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

10. At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Ioan Blaga was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-1.

11. At all times relevant herein, Ioan Blaga owed various duties which included, but are not limited to, the following:

> a.  a duty to exercise reasonable care in the operation of the vehicle;
>
> b.  a duty to maintain proper control of the vehicle;
>
> c.  a duty to keep a proper lookout;

2

    d.  a duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision; and

    e.  a duty to not change from one traffic lane to another unless the movement could be made with reasonable safety;

    f.  a duty to use a turn signal indicating a lane change; and

    g.  a duty to yield the right of way

12. On November 25, 2019, at approximately 12:00 p.m., Ioan Blaga negligently breached the duties that were owed. Ioan Blaga's breaches include, but are not limited to, the following:

    a.  failing to exercise reasonable care in the operation of the vehicle;

    b.  failing to maintain proper control of the vehicle;

    c.  failing to keep a proper lookout;

    d.  failing to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision;

    e.  changing from one traffic lane to another when the movement could not be made with reasonable safety;

    f.  failing to use a turn signal to indicate a lane change; and

    g.  failing to yield the right-of-way.

13. Some or all of Ioan Blaga's negligent acts or omissions were violations of statutes or ordinances, for which there was no excuse or justification, that were designed to protect the class of persons, in which David Hutchens was included, against the risk of harm which occurred as a result of the violations.

14. As a direct and proximate result of Ioan Blaga's negligence, David Hutchens:

    a. has sustained injuries, which might be permanent in nature and have affected the ability to function as a whole person;

    b. has sustained physical pain and mental suffering, and it is likely physical pain and mental suffering will be experienced in the future, as a result of the injuries;

    c. has incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expenses for future medical care, treatment, and service will also be incurred;

    d. may have had personal property damaged or destroyed, lost the use of personal property, and incurred towing and storage expenses;

    e. may have lost earnings, profits or income;

    f. may have lost or suffered an impairment of earning capacity;

    g. may have sustained bodily disfigurement or deformity; and

    h. may have been otherwise damaged and injured.

15. As a direct and proximate result of Ioan Blaga's negligence, Christina Hutchens:

    a. lost the care, society, companionship, support and service of a spouse and it is likely that said care, society, companionship, support, or service will be lost in the future;

    b. may have lost earnings, profits or income; and

    c. may have been otherwise damaged and injured

4

**WHEREFORE**, Plaintiffs David Hutchens and Christina Hutchens pray that the Court enters a judgment against Defendants Diamond Seven Express LLC and Ioan Blaga, and for Plaintiffs, in an amount sufficient to reasonably compensate Plaintiffs for the damages incurred and injuries sustained, for costs, for a trial by jury on all issues in this cause, and all other just and proper relief in the premises.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC

/s/ *Samantha C. Craig Stevens*
Samantha C. Craig Stevens, #32553-49

/s/ *Whitney L. Coker*
Whitney L. Coker, #32556-48

Attorneys for Plaintiffs:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

5

STATE OF INDIANA      )      IN THE HENRY CIRCUIT COURT
                   ) SS:
COUNTY OF HENRY     )      CAUSE NO. 33C01-2001-CT-00004

DAVID HUTCHENS and           )
CHRISTINA HUTCHENS,        )
                               )
           Plaintiffs,         )
                               )
     v.                            )
                               )
DIAMOND SEVEN EXPRESS, LLC   )
and IOAN BLAGA,             )
                               )
           Defendants.      )

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO ANSWER PLAINTIFFS' COMPLAINT

Defendants, Diamond Seven Express, LLC and Ioan Blaga ("Defendants"), by counsel, and in support of their Motion for Extension of Time to Answer Plaintiffs' Complaint (the "Complaint") state as follows:

1.      Counsel for Defendants has just been retained in this matter and requires additional time to confer with their clients and to prepare an appropriate response to the Complaint.

2.      Although the online docket for the above-referenced lawsuit shows that service has not been perfected on Defendant Diamond Seven Express, LLC, it appears that service on Defendant Diamond Seven Express, LLC was made on or about February 3, 2020.

3.      The online docket for the above-referenced lawsuit shows that service has not yet been perfected on Defendant, Ioan Blaga.

4.      No prior enlargement of time has been requested or obtained.

WHEREFORE, Defendants, Diamond Seven Express, LLC and Ioan Blaga, by counsel, respectfully request the Court for an enlargement of time up to and including, March 27, 2020, in which to respond to the Complaint and for all other just and proper relief.

Respectfully submitted,

WHITTEN LAW OFFICE

By_____
    Christopher R. Whitten/#20429-49
    Emily M. Gettum/#31012-41
    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on the 20th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:

Samantha C. Craig Stevens
Whitney L. Coker
CRAIG KELLEY & FAULTLESS, LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216

_____
Christopher R. Whitten

Christopher R. Whitten
Emily M. Gettum
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH: 317-362-0225
FX: 317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com

Filed: 1/23/2020 9:35 AM
Clerk
Henry County, Indiana

| STATE OF INDIANA | ) | | IN THE HENRY CIRCUIT COURT |
|---|---|---|---|
| | ) | SS: | |
| COUNTY OF HENRY | ) | | CAUSE NO.   **33C01-2001-CT-000004** |

**Henry Circuit Court 1**

| | |
|---|---|
| DAVID HUTCHENS and CHRISTINA HUTCHENS | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DIAMOND SEVEN EXPRESS LLC and | ) |
| IOAN BLAGA | ) |
| | ) |
| | ) |
| Defendants. | ) |

## <u>JURY TRIAL DEMAND</u>

Plaintiffs David Hutchens and Christina Hutchens, by counsel, pursuant to

Trial Rule 38 of the Indiana Rules of Procedure and the Constitution of the State of

Indiana, hereby demand a trial by jury on all issues in this cause.

Respectfully submitted,

CRAIG KELLEY & FAULTLESS LLC


/s/ Samantha C. Craig Stevens
Samantha C. Craig Stevens, #32553-49


/s/ Whitney L. Coker
Whitney L. Coker, #32556-48

<u>Attorneys for Plaintiffs</u>:

CRAIG KELLEY & FAULTLESS LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216
(317) 545-1760
(317) 545-1794 (facsimile)

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Jury Trial Demand has been served with the Summons and Complaint.


/s/ *Samantha C. Craig Stevens*
Samantha C. Craig Stevens

2

Filed: 2/21/2020 4:47 PM
Clerk
Henry County, Indiana

STATE OF INDIANA     )          IN THE HENRY CIRCUIT COURT
                     ) SS:
COUNTY OF HENRY      )          CAUSE NO. 33C01-2001-CT-00004


DAVID HUTCHENS and            )
CHRISTINA HUTCHENS,           )
                              )          **FILED**
         Plaintiffs,          )
                              )          February 21, 2020
    v.                        )          CLERK HENRY CIRCUIT
                              )          COURT NO.1
DIAMOND SEVEN EXPRESS, LLC    )                  BW
and IOAN BLAGA,               )
                              )
         Defendants.          )


### ORDER ON DEFENDANTS' MOTION FOR
### EXTENSION OF TIME TO ANSWER PLAINTIFFS' COMPLAINT

THIS MATTER having come before the Court on Defendants' Motion for

Extension of time to Answer Plaintiffs' Complaint.

And the Court being advised in the premises now finds that said motion

should be GRANTED.

IT IS THEREFORE ORDERED by this Court that the time in which

Defendants have to answer Plaintiffs' Complaint be and hereby is **EXTENDED** to

and including March 27, 2020.

ALL OF WHICH IS ORDERED, this ___21___ day of February, 2020.


_____

JUDGE, Henry Circuit Court

<u>Distribution</u>:

Christopher R. Whitten
Emily M. Gettum
Whitten Law Office
cwhitten@indycounsel.com
egettum@indycounsel.com

Samantha C. Craig Stevens
Whitney L. Coker
Craig Kelley & Faultless, LLC
ccrabtree@ckflaw.com

STATE OF INDIANA    )        IN THE HENRY CIRCUIT COURT
                   )  SS:
COUNTY OF HENRY    )        CAUSE NO. **33C01-2001-CT-000004**

**Henry Circuit Court 1**

DAVID HUTCHENS and
CHRISTINA HUTCHENS    )
                        )
     Plaintiffs,       )
                        )
v.                         )
                        )
DIAMOND SEVEN EXPRESS LLC and )
IOAN BLAGA        )
                        )
                        )
     Defendants.     )

## SUMMONS

**TO DEFENDANT**:        Ioan Blaga
                        2649 W. Bryn Mawr Ave. Apt 1S
                        Chicago, IL 60659-4946

      You are hereby notified that you have been sued by the person named as Plaintiffs and in the Court indicated above.  The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiffs.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

      If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

1/25/2020
_____             _____
     Date                      Clerk of the Henry County Courts

Samantha C. Craig Stevens, #32553-49    The following manner of service of Summons
Whitney L. Coker, #32556-48         is hereby designated:
CRAIG KELLEY & FAULTLESS LLC        _X_    Registered or certified mail.
5845 Lawton Loop East Drive          _____  Personal Service by Sheriff.
Indianapolis, IN 46216             _____  Service upon Defendant at employer:
(317) 545-1760                  _____  Service upon agent or other:

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by Registered or Certified mail, requesting a return receipt at the address furnished by the Plaintiffs.

Server's Signature: _____

Name & Title: _____

Server's Address: Craig, Kelley & Faultless, LLC
5848 Lawton Loop East Drive
Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS BY MAIL

(1)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint, _____, was accepted by the Defendant on the _____ day of _____, 20_____.

(2)   I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned and not accepted.

(3)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____, was accepted by _____ (Age) _____ on behalf of the Defendant on the _____ day of _____, 20_____.

Server's Signature: _____

Name & Title: _____

Server's Address: Craig, Kelley & Faultless, LLC
5848 Lawton Loop East Drive
Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1)   By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20____.

(2)   By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____

Sheriff of Henry County, Indiana

By: _____

Filed: 1/25/2020 9:35 AM
Clerk
Henry County, Indiana

STATE OF INDIANA    )      IN THE HENRY CIRCUIT COURT
                   )  SS:
COUNTY OF HENRY    )      CAUSE NO.  **33C01-2001-CT-000004**

DAVID HUTCHENS and
CHRISTINA HUTCHENS         )               **Henry Circuit Court 1**
                         )
     Plaintiffs,        )
                        )
v.                           )
                        )
DIAMOND SEVEN EXPRESS LLC and  )
IOAN BLAGA               )
                        )
                        )
     Defendants.      )

## SUMMONS

**TO DEFENDANT**:        Diamond Seven Express LLC
c/o Marcel Suciu, Registered Agent
500 N. Estrella Parkway, Ste. B2-462
Goodyear, AZ 85338

     You are hereby notified that you have been sued by the persons named as Plaintiffs and in the Court indicated above.  The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiffs.

     An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (and twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiffs.

     If you have a claim for relief against the Plaintiffs arising from the same transaction or occurrence, you must assert it in your written answer.

1/25/2020
_____                       _____
     Date                            Clerk of the Henry County Courts

Samantha C. Craig Stevens, #32553-49     The following manner of service of Summons
Whitney L. Coker, #32556-48           is hereby designated:
CRAIG KELLEY & FAULTLESS LLC        __X__  Registered or certified mail.
5845 Lawton Loop East Drive            _____  Personal Service by Sheriff.
Indianapolis, IN 46216               _____  Service upon Defendant at employer:
(317) 545-1760                    _____  Service upon agent or other:

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20_____, I mailed a copy of this Summons and a copy of the Complaint to the Defendant _____, by Registered or Certified mail, requesting a return receipt at the address furnished by the Plaintiffs.

Server's Signature: _____

Name & Title: _____

Server's Address: Craig, Kelley & Faultless, LLC
5848 Lawton Loop East Drive
Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS BY MAIL

(1)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint, _____, was accepted by the Defendant on the _____ day of _____, 20_____.

(2)   I hereby certify that the attached return receipt was received by me on the _____ day of _____, 20_____, showing that the Summons and a copy of the Complaint was returned and not accepted.

(3)   I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant_____, was accepted by _____ (Age) _____ on behalf of the Defendant on the _____ day of _____, 20_____.

Server's Signature: _____

Name & Title: _____

Server's Address: Craig, Kelley & Faultless, LLC
5848 Lawton Loop East Drive
Indianapolis, Indiana 46216

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons:

(1)   By delivering a copy of the Summons and a copy of the Complaint to Defendant, _____ _____ on the _____ day of _____, 20____.

(2)   By leaving a copy of the Summons and a copy of the Complaint at _____ _____ the dwelling place or usual place of abode of the Defendant _____, with a person of suitable age and discretion residing therein, namely _____ and by mailing a copy of the Summons to the Defendant by first class mail, to the address listed on the Summons, the last known address of the Defendant.

_____

Sheriff of Henry County, Indiana

By: _____

STATE OF INDIANA          )          IN THE HENRY CIRCUIT COURT
                          ) SS:
COUNTY OF HENRY           )          CAUSE NO. 33C01-2001-CT-00004


DAVID HUTCHENS and            )
CHRISTINA HUTCHENS,           )
                              )
            Plaintiffs,       )
                              )
      v.                      )
                              )
DIAMOND SEVEN EXPRESS, LLC    )
and IOAN BLAGA,               )
                              )
            Defendants.       )

## ANSWER, AFFIRMATIVE DEFENSES
## AND DEMAND FOR TRIAL BY JURY

Defendants, Diamond Seven Express, LLC and Ioan Blaga, by counsel, for their Answer to Plaintiffs' Complaint state as follows:

1.    At all times relevant herein, David Hutchens was domiciled in Wayne County, Indiana.

**ANSWER**:  **Defendants admit the allegations contained in paragraph 1 of Plaintiffs' Complaint.**

2.    At all times relevant herein, Ioan Blaga was domiciled in Illinois.

**ANSWER**:  **Defendants admit the allegations contained in paragraph 2 of Plaintiffs' Complaint.**

3.    At all times relevant herein, Diamond Seven Express LLC was doing business in Henry County, Indiana.

**ANSWER**:  **Defendants admit that Diamond Seven Express LLC was doing business in multiple states at all times relevant herein, including**

**Henry County, Indiana; however, its principal place of business was Arizona.**

4.     At all times relevant herein, Ioan Blaga was an employee of Diamond Seven Express LLC and working within the scope of said employment.  As a result of an employee-employer relationship, Diamond Seven Express LLC is liable, under the theory of *respondeat superior*, for the negligent acts or omissions of Ioan Blaga.

**<u>ANSWER</u>:  Defendants admit that Defendant Ioan Blaga was an agent of Diamond Seven Express, LLC and working within the scope of his agency at the time of the accident.  Defendants admit that Diamond Seven Express, LLC is generally liable for the negligent acts of its agents while in the course and scope of their agency pursuant to the theory of *respondeat superior*. Defendants specifically deny that Ioan Blaga acted negligently at the time of the accident and deny the remaining allegations contained in paragraph 4 of Plaintiffs' Complaint.**

5.     On November 25, 2019, at approximately 12:00 p.m., David Hutchens was operating a BMW in the right, eastbound lane on Interstate 70 in Henry County, Indiana.

**<u>ANSWER</u>:  Defendants admit the allegations contained in paragraph 5 of Plaintiffs' Complaint.**

2

6.     At said date and time, Ioan Blaga was operating a Semi-Tractor and Trailer in the left, eastbound lane on Interstate 70 in Henry County, Indiana.

**ANSWER**:  **Defendants admit the allegations contained in paragraph 6 of Plaintiffs' Complaint.**

7.     At said date and time, Ioan Blaga negligently changed lanes on Interstate 70 and caused the Semi-Tractor and Trailer to collide with the BMV being occupied by David Hutchens.

**ANSWER**:  **Defendants deny the allegations contained in paragraph 7 of Plaintiffs' Complaint.**

8.     At all times relevant herein, Diamond Seven Express LLC was a motor carrier subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

**ANSWER**:   **Defendants admit that at all times relevant herein, Diamond Seven Express LLC was a motor carrier and was subject to the provisions of the Federal Motor Carrier Safety Regulations that specifically applied to Diamond Seven Express LLC.**

9.     At all times relevant herein, the Semi-Tractor and Trailer being operated by Ioan Blaga was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-18.

**ANSWER**:  **Defendants admit that at all times relevant therein, the semi-tractor and trailer operated by Ioan Blaga was a commercial motor vehicle subject to the provisions of the Federal Motor Carrier Safety Regulations that specifically applied to the vehicle.**

10.     At all times relevant herein, as the driver and operator of the Semi-Tractor and Trailer, Ioan Blaga was subject to the provisions of the Federal Motor Carrier Safety Regulations as incorporated by reference in Indiana Code §8-2.1-24-1.

**ANSWER**:  **Defendants admit that at all times relevant herein, as the driver and operator of a semi-tractor trailer, Ioan Blaga was subject to the provisions of the Federal Motor Carrier Safety Regulations that specifically applied to him.**

11.     At all times relevant herein, Ioan Blaga owed various duties which included, but are not limited to, the following:

a.     a duty to exercise reasonable care in the operation of the vehicle;

b.     a duty to maintain proper control of the vehicle;

c.     a duty to keep a proper lookout;

d.     a duty to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision; and

e.     a duty to not change from one traffic lane to another unless the movement could be made with reasonable safety;

4

      f.      a duty to use a turn signal indicating a lane change; and

      g.      a duty to yield the right of way.

**<u>ANSWER</u>: Defendants admit that Ioan Blaga owed the duties required of him by state and federal laws and regulations. Defendants deny the remaining allegations contained in paragraph 11 of Plaintiffs' Complaint, and each of its subparts, to the extent they are inconsistent with the applicable state and federal laws and regulations.**

12.     On November 25, 2019, at approximately 12:00 p.m., Ioan Blaga negligently breached the duties that were owed. Ioan Blaga's breaches include, but are not limited to, the following:

      a.      failing to exercise reasonable care in the operation of the vehicle;

      b.      failing to maintain proper control of the vehicle;

      c.      failing to keep a proper lookout;

      d.      failing to operate the vehicle at a reasonable speed under the circumstances in order to avoid a collision;

      e.      changing from one traffic lane to another when the movement could not be made with reasonable safety;

      f.      failing to use a turn signal to indicate a lane change; and

      g.      failing to yield the right-of-way.

**<u>ANSWER</u>: Defendants deny the allegations contained in paragraph 12 of Plaintiffs' Complaint, and each of its subparts.**

13.     Some or all of Ioan Blaga's negligent acts or omission were violations of statutes or ordinances, for which there was no excuse or justification, that were designed to protect the class of persons, in which David Hutchens was included, against the risk of harm which occurred as a result of the violation.

**<u>ANSWER</u>:  Defendants deny the allegations contained in paragraph 13 of Plaintiffs' Complaint and specifically deny that Defendant Ioan Blaga committed negligent acts or omissions at the time of the accident.**

14.     As a direct and proximate result of Ioan Blaga's negligence, David Hutchens:

    a.    has sustained injuries, which might be permanent in nature and have affected the ability to function as a whole person;

    b.    has sustained physical pain and mental suffering, and it is likely physical pain and suffering will be experienced in the future, as a result of the injuries;

    c.    has incurred reasonable expenses for necessary medical care, treatment and services, and it is likely expenses for future medical care, treatment, and service will also be incurred;

    d.    may have had personal property damaged or destroyed, lost the use of personal property, and incurred towing and storage expenses;

    e.    may have lost earnings, profits or income;

    f.    may have lost or suffered an impairment of earning capacity;

    g.    may have sustained bodily disfigurement or deformity; and

    h.    may have been otherwise damaged and injured.

**<u>ANSWER</u>:  Defendants deny the allegations contained in paragraph 14 of the Plaintiffs' Complaint, including its subparts.**

6

15.     As a direct and proximate result of Ioan Blaga's negligence, Christina Hutchens:

    a.     lost the care, society, companionship, support and service of a spouse and it is likely that said care, society, companionship, support, or service will be lost in the future;

    b.     may have lost earnings, profits or income; and

    c.     may have been otherwise damaged and injured.

**ANSWER**: **Defendants deny the allegations contained in paragraph 15 of Plaintiffs' Complaint, and each of its subparts.**

## AFFIRMATIVE DEFENSES

Defendants, Diamond Seven Express, LLC and Ioan Blaga, by counsel, for their Affirmative Defenses, state as follows:

1.     Plaintiffs fail to state a claim upon which relief may be granted pursuant to Indiana Trial Rule12(b)(6) as to negligence per se, if the allegations contained in the Complaint could be construed to assert such a claim.

2.     Plaintiff David Hutchens' negligence exceeds fifty percent (50%) of the total fault attributable to this incident, thereby barring recovery.

3.     Plaintiffs' damages, if any, should be reduced by percentage of the comparative fault of Plaintiff David Hutchens.

4.     Subject to further discovery, Plaintiffs may have received payments for their alleged injuries from a collateral source to which Defendants may be entitled to a set off under the law.

5.      Subject to further discovery, Plaintiffs may have failed to mitigate their damages.

6.      Defendants hereby specifically deny any and all allegations in Plaintiffs' Complaint that were not specifically admitted.

7.      Defendants reserve the right to assert additional Affirmative Defenses.

WHEREFORE, Defendants, Diamond Seven Express, LLC and Ioan Blaga, respectfully request that Plaintiffs take nothing by way of their Complaint, for costs of this action, and for all other just and proper relief.

## **DEMAND FOR TRIAL BY JURY**

Defendants, Diamond Seven Express, LLC and Ioan Blaga, by counsel, respectfully request this matter be tried by a jury.


Respectfully submitted,

WHITTEN LAW OFFICE

By_____
      Christopher R. Whitten/#20429-49
      Emily M. Gettum/#31012-41
      *Counsel for Defendants*

8

## CERTIFICATE OF SERVICE

I certify that on the 26th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to the following CM/ECF participants:

Samantha C. Craig Stevens
Whitney L. Coker
CRAIG KELLEY & FAULTLESS, LLC
5845 Lawton Loop East Drive
Indianapolis, IN 46216

_____
Christopher R. Whitten

Christopher R. Whitten
Emily M. Gettum
WHITTEN LAW OFFICE
6801 Gray Road, Suite H
Indianapolis, IN 46237
PH:  317-362-0225
FX:  317-362-0151
cwhitten@indycounsel.com
egettum@indycounsel.com

9